IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,
    Plaintiff,

vs.                                       Case No.: 3:19cv3362/MCR/EMT

UNITED STATES OF AMERICA,
    Defendant.
_____/

## **O R D E R**

I hereby disqualify myself from handling any proceedings in the above-styled case. The clerk is directed to randomly reassign this case to one of the active United States Magistrate Judges in this district and to change the docket to reflect the reassignment.

**DONE AND ORDERED** this 4th day of September 2019.

                                        */s/ Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **CHIEF UNITED STATES MAGISTRATE JUDGE**