UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

v.                                  Case No. 3:19cv3362-MCR-HTC

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

Plaintiff has filed a complaint alleging Defendant, through the Internal Revenue Service, has unlawfully seized his entire Social Security payment each month for two years. ECF Doc. 1. Plaintiff has paid the $400 filing fee and is not proceeding *in forma pauperis*. Plaintiff is responsible for serving the complaint so Defendant may respond to his allegations. Plaintiff is warned that he must complete service within ninety (90) days of the date he filed the complaint or this case may be dismissed. *See* Fed. R. Civ. P. 4(m). Plaintiff shall serve the complaint on Defendant in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED:

1.    The clerk shall issue a summons for Defendant. The clerk shall send the summons to Plaintiff.

2. Plaintiff is responsible for prompt service of the summons and complaint. Plaintiff shall serve his complaint on the Defendant in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. The service copy of the complaint must be identical to the complaint filed with the court.

3. If a notice of appearance is filed by an attorney for the Defendant, Plaintiff shall be required to mail to the attorney a copy of every pleading or other paper submitted for consideration by the Court. Plaintiff shall include with any paper submitted for filing a certificate of service stating the date a correct copy of the paper was mailed to the Defendant or to the attorney representing the Defendant. Any paper submitted for filing that does not contain a certificate of service shall be returned by the clerk and disregarded by the Court. *See* Fed. R. Civ. P. 5; N.D. Fla. Loc. R. 5.1(F).

DONE AND ORDERED this 6th day of September, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:19cv3362-MCR-HTC