## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 3:19-CV-3362-MCR-EMT

Plaintiff/Petitioner:
**WARD DEAN**

vs.

Defendant/Respondent:
**UNITED STATES OF AMERICA**

For:
Ward Dean
6708 PLANTATION RD
SUITE C-1
PENSACOLA, FL 32504

Received by Thornton Process Service on the 13th day of September, 2019 at 3:13 pm to be served on **UNITED STATES OF AMERICA C/O LAURENCE KEEFE, UNITED STATE ATTORNEY NORTHERN DISTRICT, 21 EAST GARDEN STREET, SUITE 400, PENSACOLA, FL 32502.**

I, JOSHUA FOSKEY, being duly sworn, depose and say that on the **16th day of September, 2019 at 11:40 am,** I:

**GOVERNMENT AGENCY** - Served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DAMAGES CAUSED BY UNAUTHORIZED IRS TAX COLLECTION ACTIVITIES** with the date and hour of service endorsed thereon by me, to: **JANAE CARNLEY** as **CIVIL PROCESS CLERK** for **UNITED STATES OF AMERICA C/O LAURENCE KEEFE, UNITED STATE ATTORNEY NORTHERN DISTRICT, at 21 EAST GARDEN STREET, SUITE 400, PENSACOLA, FL 32502** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the First Judicial Circuit in which the process was served.

Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and sworn to before me on the 16th day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

KIMBERLY BURNETT
Notary Public - State of Florida
Commission # GG 245572
My Commission Expires June 23, 2023

JOSHUA FOSKEY
Certified Process Server# 621

Thornton Process Service
8654 Meadowbrook Drive
Pensacola, FL 32514
(850) 478-3333

Our Job Serial Number: TTH-2019008453

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V6.1c

Thornton Process Service  
8654 Meadowbrook Drive  
Pensacola, FL 32514  
Phone: (850) 478-3333  
Fax: (850) 478-3444  
46-2300438

**INVOICE**

Invoice #TTH-2019008453  
9/16/2019

Ward Dean  
6708 PLANTATION RD  
SUITE C-1  
PENSACOLA, FL 32504

**Case Number: NORTHERN 3:19-CV-3362-MCR-EMT**

Plaintiff/Petitioner:  
**WARD DEAN**

Defendant/Respondent:  
**UNITED STATES OF AMERICA**

Received: 9/13/2019   Served: 9/16/2019 11:40 am   GOVERNMENT AGENCY  
To be served on: UNITED STATES OF AMERICA C/O LAURENCE KEEFE, UNITED STATE ATTORNEY NORTHERN DISTRICT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee/Escambia | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| 9/13/2019   Pre-Payment | | | 30.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

You may now CHECK the STATUS of your papers online at www.outserving.com!  Call or email us for your own personal login information.  Our NEW EMAIL address is office@outserving.com.

We can serve your papers in ALL 50 STATES!!

Add LATE FEE of $25 after 60 days.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c