# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

**Ward Dean**

**Plaintiff**

vs.   Case No.: 3:19-cv-03362-MCR-EMT

**United States of America**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Damages Caused by Unauthorized IRS Tax Collection Activities in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/16/2019 at 2:30 PM, I served U.S. Department of Justice, Office of Attorney General c/o Civil Process Clerk with the Summons and Complaint for Damages Caused by Unauthorized IRS Tax Collection Activities at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving David Burroughs, Agent, authorized to accept service on behalf of the United States Attorney General.

David Burroughs is described herein as:

Gender: Male   Race/Skin: Black   Age: 45   Weight: 165   Height: 5'8"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9/20/19
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1567781

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

**Due By: 10/17/2019**
Invoice Date: 9/17/2019
Invoice #: 1567781
Job#: 1567781
Client File#: N/A

Ward Dean, Pro Se
6708 Plantation Road, Suite C-1
Pensacola, Florida 32504

**TOTAL INVOICE AMOUNT DUE**

$0.00

---

| Job #: 1567781   Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff: Ward Dean | U.S. Department of Justice, Office of Attorney General c/o Civil Process Clerk | 9/16/2019 |
| Defendant: United States of America | 950 Pennsylvania Avenue, NW, Washington, DC 20530 | Completed: 9/16/2019 |
| Case No. 3:19-cv-03362-MCR-EMT | | |

| Description | | | Qty | Fee | Total Fee |
|---|---|---|---|---|---|
| Copy Charges | | | 29 | $0.15 | $4.35 |
| Service of Process | | | 1 | $50.00 | $50.00 |
| | | | | Job Total Due = | $54.35 |
| 9/16/2019 | Payment Credit Card # | Visa | | | $-54.35 |
| | | | | Job Total Recd = | -$54.35 |

**TOTAL INVOICE AMOUNT DUE:** $0.00



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: 52-2283731