## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

Ward Dean

**Plaintiff**

*vs.*    Case No.: 3:19-cv-3362-MCR-HTC

United States of America

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Complaint for Damages Cause by Unauthorized IRS Tax Collection Activities in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/26/2019 at 1:27 PM, I served The Commissioner of Internal Revenue, Civil Process Clerk with the Summons in a Civil Action and Complaint for Damages Cause by Unauthorized IRS Tax Collection Activities at 1111 Constitution Avenue, NW, Washington, DC 20224 by serving Joy Gerdy-Zogby, Senior Technician Reviewer, authorized to accept service.

Joy Gerdy-Zogby is described herein as:

Gender: Female   Race/Skin: White   Age: 50   Weight: 135   Height: 5'5"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

9/27/19
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1568250

FILED USDC FLMD PN
SEP 27 '19 PM4:14 Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

WARD DEAN )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 3:19-cv-3362-MCR-HTC
UNITED STATES OF AMERICA )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Commissioner of Internal Revenue
Attn: Civil Process Clerk
1111 Constitution Ave., NW
Washington, DC 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ward Dean, Plaintiff pro se
6708 Plantation Road, Ste C-1
Pensacola, Florida 32504

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/29/2019        *Donna Budger 9-18-19*
                       *Signature of Clerk or Deputy Clerk*