# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:19-CV-3362-MCR-EMT |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance on behalf of the United States of America. Please serve copies of all papers upon the undersigned at the address shown in the signature block below.

Dated: November 15, 2019           Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Conor P. Desmond*
CONOR P. DESMOND
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-1857
Fax: 202-514-4963
Conor.P.Desmond@usdoj.gov

Of counsel:
LAWRENCE KEEFE
United States Attorney, Northern District of Florida

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Notice of Appearances has been served on November 15, 2019 through the Court's CM/ECF system, which will automatically send email notification of such filing to all CM/ECF users.

*/s/ Conor P. Desmond*
CONOR P. Desmond
Trial Attorney, Tax Division
U.S. Department of Justice
