UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

v.                                             Case No. 3:19cv3362-MCR-HTC

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

Defendants filed a motion to dismiss on November 15, 2019. ECF Doc. 12. Pursuant to Local Rule 7.1(e), Plaintiff shall have until **November 29, 2019** to file an opposition to the motion to dismiss if he intends to oppose the motion.

DONE AND ORDERED this 21st day of November, 2019.

                                      /s/ Hope Thai Cannon
                                      **HOPE THAI CANNON**
                                      **UNITED STATES MAGISTRATE JUDGE**