# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN,                     )
                               )
Plaintiff,                     )
                               )
v.                             )   Case No. 3:19-CV-3362-MCR-HTC
                               )
UNITED STATES OF AMERICA,)
                               )
Defendant.                     )
_____)

## PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING MEMORANDUM

Under Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Plaintiff, Ward Dean, hereby moves the court to extend the time to reply to Defendant's Motion to Dismiss by two weeks, until December 13, 2019.

### A. FACTS

1. Plaintiff, Ward Dean, has sued defendant, the United States of America for damages caused to him by defendant's agents under 26 U.S.C. § 7433.

2. On August 29, 2019 Plaintiff filed with this court his Complaint for Damages Caused by Unauthorized IRS Tax Collection Activities.

3. On November 15, 2019 Defendant served UNITED STATES' COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING MEMORANDUM.

4. Under Local Rule 7.1E Plaintiff must file a reply to Defendant's motion no later than 14 days after the service date of Nov. 15, 2019, i.e. on or before Nov. 29, 2019.

5. Plaintiff filed this motion to extend time as soon as he became aware of the need for additional time and before the deadline he wishes to have extended.

6. Plaintiff conferred with Defendant's counsel by email on November 21, 2019. In an email reply dated Nov. 22, 2019 defendant's counsel indicated that he does not oppose this motion for a 14 day extension of time to reply.

## B. DISCUSSION

7. The court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.1; see *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

8. Plaintiff requests an extension of time to reply to Defendant's Motion to Dismiss. Because Plaintiff is unrepresented in this action and must work full time in his profession, he does not have the time required to adequately research and argue his Reply in the 14 days allowed by the rules. Additionally, holiday disruptions will further interfere with Plaintiff's Reply preparations. The current Reply deadline is the day after Thanksgiving.

8. Plaintiff moves the court to extend the deadline by two weeks to December 13, 2010.

9. Plaintiff's request to extend time is for good cause and is not intended to delay these proceedings.

## C. CONCLUSION

10.  FOR REASONS STATED Plaintiff moves the court to extend the time to Reply to Defendant's Motion to Dismiss Under FRCP 12(b)(6) until December 13, 2019.

Respectfully submitted this 22nd day of November, 2019.

By: _____
Ward Dean, plaintiff, pro se
6708 Plantation Road, Ste C-1
Pensacola, Florida 32504
Phone 850-293-0278
Email: warddeanmd@protonmail.com

## CERTIFICATE OF CONFERENCE

I certify that on November 21, 2019, I conferred with Defendant's counsel, Conor P. Desmond, and he does not oppose this **PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING MEMORANDUM**

_____
Ward Dean, plaintiff

4

## CERTIFICATE OF SERVICE

On November 22, 2019, I certify that a copy of **PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING MEMORANDUM** was served on Defendant's counsel by certified U.S. mail to:

Conor P. Desmond

NDFL NextGen CM/ECF Trial Attorney,

Tax Division U.S. Department of Justice

P.O. Box 14198

Ben Franklin Station Washington, D.C. 20044

202-616-1857 (v)

202-514-4963 (f)

I sent a courtesy copy of this Motion by email on November 22, 2019 to Defendant's counselor this email address:

Conor.P.Desmond@usdoj.gov

_(signature)_

Ward Dean, plaintiff