UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

v.     Case No. 3:19cv3362-MCR-HTC

UNITED STATES OF AMERICA,

    Defendant.

_____/

ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Plaintiff's motion for an extension of time to file an opposition to Defendant's motion to dismiss. ECF Doc. 14. Plaintiff seeks more time because he is representing himself, his full-time job does not give him adequate time to prepare an opposition and the holidays will cause further disruptions to his preparation time. *Id.* at 3. Plaintiff also represents that Defendant does not oppose the continuance. Upon consideration, the Court finds that good cause exists to GRANT Plaintiff's motion. Therefore, Plaintiff shall have until **December 13, 2019** to file an opposition to Defendant's motion to dismiss.

DONE AND ORDERED this 27th day of November, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**