## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

Ward Dean,                              )
    Plaintiff                        )
                                   )
              v.          ) Case No. 3:19-CV-3362-MCR-HTC
                                   )
UNITED STATES OF AMERICA,  )
    Defendant                        )
                                   )

## PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR EXTENSION OF TIME TO OBJECT TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS

Under Federal Rule of Civil Procedure 6(b) and Local Rule 7.1,

Plaintiff, Ward Dean, hereby moves the court to extend the time to file an

Objection to the Magistrate's Report and Recommendations (ECF 23) for

two weeks until Monday, May 4, 2020.

### A. FACTS

1.      Plaintiff, Ward Dean, has sued defendant, the United States of

America for damages caused to him by defendant's agents under 26

U.S.C. § 7433.

2.      On August 29, 2019 Plaintiff filed with this court his

Complaint for Damages Caused by Unauthorized IRS Tax Collection Activities. (ECF 1)

3.      The Magistrate made her Report and Recommendations concerning the UNITED STATES' COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING MEMORANDUM, (ECF 12) and P's MOTION FOR SUMMARY JUDGMENT. (ECF 20)

4.      In a REPORT AND RECOMMENDATION, (ECF 23) docketed on April 6, 2020 Magistrate Judge Hope Thai Cannon recommended granting Defendant's Motion to Dismiss for Failure to State a Claim (ECF 12) and denying Plaintiff's Motion for Summary Judgment (ECF 20) as moot.

5.      According to the Notice that appears on the last page of the Report and Recommendation (R&R), citing 11th Cir. Appellate Rule 3-1; and 28 U.S.C. § 636, plaintiff has 14 days from the date of service of ECF 23 to file an Objection to the Magistrate's Report and Recommendation.

6.       Plaintiff filed this motion to extend time as soon as he became

aware of his need for additional time and before the deadline he wishes

to have extended.

7.       Plaintiff conferred with Defendant's counsel by email on April

13, 2020.  In an email reply dated April 13, 2020 defendant's counsel

indicated that he does not oppose this motion for a 14 day extension of

time to object to the R&R.

**B. DISCUSSION**

8.       The court may grant a request to extend time for good cause.

Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.1; *see Jenkins v. Commonwealth*

*Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

9.       Plaintiff requests an extension of time to reply to the

Magistrate's Report and Recommendation for the following reasons:

a.       Because Plaintiff is unrepresented in this action and must

work full time in his profession, he does not have the time required to

adequately research and argue his Objection in the 14 days allowed.

b.     Because of the pandemic shut-down Plaintiff does not have

access to the local law library which has been shut down by the

authorities, and on which he relies for his legal research.

c.     Plaintiff is a physician and must make, even more so than

other Americans, the time-consuming and distracting accommodations

demanded by the necessities of the pandemic.

10.     Plaintiff moves the court to extend the deadline by two weeks

to May 4, 2020 for the filing of his Objection to the Magistrate's Report

and Recommendations.

11.     Plaintiff's request to extend time is for good cause and is not

intended to delay these proceedings.

## C. CONCLUSION

FOR REASONS STATED Plaintiff moves the court to extend

the time to file an Objection to the Magistrate Judge's Report (ECF 23)

and Recommendation by two weeks to May 4, 2020.

Respectfully submitted this 13th day of April, 2020.

By: _____

Ward Dean, plaintiff, pro se

6708 Plantation Road, Ste C-1

Pensacola, Florida 32504

Phone 850-293-0278

Email: warddeanmd@protonmail.com

## CERTIFICATE OF CONFERENCE

I certify that on April 13, 2020, I conferred with Defendant's counsel, Conor P. Desmond, and he does not oppose this **PLAINTIFF'S MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO REPLY TO THE MAGISTRATE'S REPORT AND RECOMMENDATION.**

_____

Ward Dean, plaintiff

## CERTIFICATE OF SERVICE

On April 13, 2020, I certify that a copy of **PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF EXTENSION OF TIME TO REPLY TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** was served on Defendant's counsel by certified U.S. mail to:

Conor P. Desmond
NDFL NextGen CM/ECF Trial Attorney,
Tax Division U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station Washington, D.C.  20044
202-616-1857 (v)
202-514-4963 (f)

I sent a courtesy copy of this Motion by email on April 13, 2020 to Defendant's counselor to this email address:
Conor.P.Desmond@usdoj.gov

_____
Ward Dean, plaintiff

## WORD COUNT CERTIFICATION

 Pursuant to Northern District of Florida local rule 7.1(F) this motion for extension of time to reply to defendant's motion to dismiss and memorandum in support contains 543 words, not including the case style, signature block and certificates.

_____
Ward Dean, plaintiff

PRESS FIRMLY TO SEAL

UNITED STATES
POSTAL SERVICE®

PRIORITY
MAIL
EXPRESS®

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

S 10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

Money Back Guarantee to U.S.; select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
Money Back Guarantee for U.S. destinations only.
× For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

**E**

PRIORITY MAIL EXPRESS 1-DAY®

WAIVER OF SIGNATURE REQUESTED

SCHEDULED DELIVERY DAY: 04/14/20 1200 PM

2.50 oz

0007

U.S. POSTAGE
PME 1-DAY
$26.35
32504 0007
Date of sale
04/13/20
06 28 SSK
11488203

049400413171348

SHIP
TO:
100 N PALAFOX ST
PENSACOLA FL 32502-4839

C003

SE

USPS TRACKING® NUMBER

9570 1065 9736 0104 2119 15

CHECKED





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse
may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.