# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN<br>v.<br>UNITED STATES OF AMERICA | CASE NO.  3:19cv3362-MCR-HTC |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 15, 2020

Motion/Pleadings:  PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO OBJECT TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS [two weeks, until May 4, 2020]

Filed by   Plaintiff       on   April 15, 2020       Doc. #   24

Response _____       on _____       Doc. # _____

____  Stipulated       ____  Joint Pleading
  X   Unopposed        ____  Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

---

On consideration, the motion is GRANTED, as requested.

**DONE and ORDERED** this 15th day of April 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**