IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| Ward Dean, <br>    Plaintiff <br><br>                       v. <br><br> UNITED STATES OF AMERICA, <br>    Defendant | ) <br> ) <br> ) <br> ) Case No. 3:19-CV-3362-MCR-HTC <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR A SECOND EXTENSION OF TIME TO OBJECT TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS**

Under Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Plaintiff, Ward Dean, hereby moves the court to extend the time to file an Objection to the Magistrate's Report and Recommendations (ECF 23) for an additional two weeks until Monday, May 18, 2020.

DISCUSSION

1. Plaintiff, Ward Dean, has sued defendant, the United States of America for damages caused to him by defendant's agents under 26 U.S.C. § 7433.

2. On August 29, 2019 Plaintiff filed with this court his

Complaint for Damages Caused by Unauthorized IRS Tax Collection Activities. (ECF 1)

3. The Magistrate made her Report and Recommendations concerning the UNITED STATES' COMBINED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND SUPPORTING MEMORANDUM, (ECF 12) and P's MOTION FOR SUMMARY JUDGMENT. (ECF 20)

4. In a REPORT AND RECOMMENDATION, (ECF 23) docketed on April 6, 2020 Magistrate Judge Hope Thai Cannon recommended granting Defendant's Motion to Dismiss for Failure to State a Claim (ECF 12) and denying Plaintiff's Motion for Summary Judgment (ECF 20) as moot.

5. The Court granted Plaintiff's first unopposed motion to extend the R&R objection deadline, (ECF 24) extending the deadline to May 4, 2020.

6. Due to Plaintiff's pro se status, he must both learn how to

object to the R&R as well as carefully and fully respond to it. Delays and inconveniences attending the current COVID-19 crisis, limited access to the local law library, and an unusually heavy burden in Plaintiff's medical practice have conspired to compel Plaintiff to once again seek additional time to object to the R&R.

7. Plaintiff conferred with Defendant's counsel by email on April 28, 2020. In an email reply dated April 28, 2020 defendant's counsel indicated that the government does not oppose this motion for a 14 day extension of time to object to the R&R, extending the deadline to May 18, 2020.

8. The court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.1; *see Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

9. Plaintiff's second request to extend time is for the reasons stated above and in his previous motion, ECF 24, which are hereby incorporated. Plaintiff's request is for good cause and is not intended to

delay these proceedings.

## CONCLUSION

FOR REASONS STATED Plaintiff moves the court to extend the time to file an Objection to the Magistrate Judge's Report (ECF 23) and Recommendation by an additional two weeks to May 18, 2020.

Respectfully submitted this 28th day of April, 2020.

By: *(signature)*

Ward Dean, plaintiff, pro se
6708 Plantation Road, Ste C-1
Pensacola, Florida 32504
Phone 850-293-0278
Email: warddeanmd@protonmail.com

## CERTIFICATE OF CONFERENCE

I certify that on April 28, 2020, I conferred with Defendant's counsel, Conor P. Desmond, and he does not oppose this **PLAINTIFF'S MOTION AND MEMORANDUM FOR A SECOND EXTENSION OF TIME TO REPLY TO THE MAGISTRATE'S REPORT AND RECOMMENDATION.**

*(signature)*

Ward Dean, plaintiff

## CERTIFICATE OF SERVICE

On April 28, 2020, I certify that a copy of this **PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF A SECOND EXTENSION OF TIME TO REPLY TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** was served on Defendant's counsel by certified U.S. mail to:

Conor P. Desmond
NDFL NextGen CM/ECF Trial Attorney,
Tax Division U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station Washington, D.C.  20044
202-616-1857 (v)
202-514-4963 (f)

I sent a courtesy copy of this Motion by email on April 28, 2020 to Defendant's counselor at this email address:
Conor.P.Desmond@usdoj.gov

_____
Ward Dean, plaintiff

## WORD COUNT CERTIFICATION

Pursuant to Northern District of Florida local rule 7.1(F) this motion for extension of time to reply to defendant's motion to dismiss and memorandum in support contains 448 words, not including the case style, signature block and certificates.

_____
Ward Dean, plaintiff

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:

CHECKED APR 29 2020

TO:

Clerk of Court
Northern District of FL
100 N. Palafox St.
Pensacola FL 32502

Retail
US POSTAGE PAID
$7.75
Origin: 32504
04/28/20
11741700018-18

PRIORITY MAIL 1-DAY®

0 Lb 2.30 Oz
1006

C003

EXPECTED DELIVERY DAY: 04/29/20

SHIP TO:
100 N PALAFOX ST
PENSACOLA FL 32502-4839

USPS TRACKING® NUMBER

9505 5124 3994 0119 6485 59

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP