# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN

v.

UNITED STATES OF AMERICA

CASE NO. 3:19cv3362-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   April 29, 2020

Motion/Pleadings:   PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO OBJECT TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS
[two weeks, until May 18, 2020]

Filed by   Plaintiff   on   April 29, 2020   Doc. #   26

Response _____ on _____ Doc. # _____

____ Stipulated       ____ Joint Pleading
_X__ Unopposed       ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*

Deputy Clerk: Kathy Rock

---

On consideration, the motion is GRANTED, as requested.

**DONE and ORDERED** this 5th day of April 2020.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**