UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

v.     Case No. 3:19cv3362-MCR-HTC

UNITED STATES OF AMERICA,

    Defendant.
_____/

# **O R D E R**

This cause is before the Court on the magistrate judge's Report and Recommendation dated April 6, 2020, ECF No. 23. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has fully considered the Report and Recommendation, the Plaintiff's objections, ECF No. 28, and the Government's response, ECF No. 29, and has determined that the Report and Recommendation should be adopted. Even assuming, as Plaintiff argues, that the magistrate judge misconstrued his argument, the result is the same. The Complaint fails to state a plausible claim for reasons stated in the Government's response to Plaintiff's objections.

Moreover, the Court has considered the Plaintiff's Motions to Amend, ECF Nos. 30, 33, 36, and his Proposed Amended Complaints, ECF Nos. 31, 34, attempting to cure the pleading deficiencies. The Court finds that the amendments are futile for reasons articulated by the magistrate judge in the Report and Recommendation, ECF No. 23, as well as the reasons set out by the Government in its responses in opposition to the proposed amendments, ECF Nos. 32, 35.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 23) is adopted and incorporated by reference in this Order.

(2) Defendant's Motion to Dismiss (ECF Doc. 12) is GRANTED, and the case is DISMISSED WITH PREJUDICE.

(3) Plaintiff's Motion for Summary Judgment (ECF Doc. 20) is DENIED as MOOT.

(4) Plaintiff's Motions for Leave to Amend, ECF Nos. 30, 33, are DENIED.

(5) The Clerk is directed to close this matter.

**DONE AND ORDERED** this 22nd day of September 2020.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**